UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH
SOUTHERN DIVISION

| | |
|---|---|
| RACHEL A. KOPMAN,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF CENTERVILLE AND JAY OSTREM,<br><br>        Defendants. | Civ. No. 10-4093<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

COME NOW the above parties, individually and through their undersigned attorneys, and hereby request that the Court enter its Judgment dismissing this matter with prejudice, with each party to bear its own costs and attorneys fees.

                                        Respectfully submitted,

                                        */s/ Ryland Deinert*
                                        Ryland Deinert
                                        Klass Law Firm, L.L.P.
                                        Mayfair Center, Upper Level
                                        4280 Sergeant Road, Suite 290
                                        Sioux City, IA 51106
                                        deinert@klasslaw.com
                                        WWW.KLASSLAW.COM
                                        712/252-1866
                                        712/252-5822 fax

                                        ATTORNEYS FOR RACHEL KOPMAN

_/s/ Lisa Hansen Marso_
Lisa Hansen Marso
Boyce, Greenfield, Pashby & Welk, L.L.P.
101 N. Phillips Avenue, #600
Sioux Falls, SD 57117-5015
lkmarso@bgpw.com
605/ 336-2424

ATTORNEYS FOR DEFENDANTS CITY OF
CENTERVILLE & JAY OSTREM