UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RACHEL A. KOPMAN, | ) | Civ. 10-4093-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CITY OF CENTERVILLE and | ) | |
| JAY OSTREM, individually and in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Joint Motion to Dismiss With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated July 30, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE